■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LIONEL J. HUNT, Appellant. [801 NYS2d 550]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Monroe County, Kenneth R. Fisher, J.—Criminal Possession Controlled Substance, 4th Degree). Present—Pigott, Jr., P.J., Gorski, Martoche, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEVAR MAJOR, Appellant. [801 NYS2d 552]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Oneida County Court, Michael L. Dwyer, J.—Criminal Possession Controlled Substance, 3rd Degree). Present—Pigott, Jr., P.J., Gorski, Martoche, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEVAR MAJOR, Appellant. [801 NYS2d 553]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Oneida County Court, Michael L. Dwyer, J.—Criminal Sale Controlled Substance, 3rd Degree). Present—Pigott, Jr., P.J., Gorski, Martoche, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMI E. MITCHELL, Appellant. [801 NYS2d 553]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Cattaraugus County Court, Larry M. Himelein, J.—Criminal Sale Controlled Substance, 5th Degree). Present—Pigott, Jr., P.J., Gorski, Martoche, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER HENRY MONFORT, Appellant. [801 NYS2d 552]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Elma A. Bellini, J.—Robbery, 2nd Degree). Present—Pigott, Jr., P.J., Gorski, Martoche, Pine and Lawton, JJ.